UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Doneida L. Medina,

Debtor.

Case No.:     22-16218-MBK

Chapter:     13

Hearing Date:     9/28/2022

Judge:     Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 12)

_____

Date: 09/20/2022                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*