Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22–16218–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Doneida L Medina
  127 Anderson Street
  Trenton, NJ 08611
Social Security No.:
  xxx–xx–5362
Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

　　Please be advised that Candyce I Smith–Sklar on behalf of the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on October 27, 2022.

Aidvantage – Department of Education Loan Servicing

Dated: October 28, 2022
JAN: mrg

Jeanne Naughton
Clerk