Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16218−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Doneida L Medina
   127 Anderson Street
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−5362

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on August 5, 2022 and a confirmation hearing on such Plan has been scheduled for November 9, 2022.

The debtor filed a Modified Plan on October 27, 2022 and a confirmation hearing on the Modified Plan is scheduled for December 14, 2022 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 28, 2022
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-16218-MBK
Doneida L Medina     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Oct 28, 2022     Form ID: 186     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doneida L Medina, 127 Anderson Street, Trenton, NJ 08611-1003 |
| 519747615 | + | Aidvantage-Department of Education Loan Servicing, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 519676172 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2022 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2022 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519705810 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2022 20:25:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519676151 | + | Email/PDF: bncnotices@becket-lee.com | Oct 28 2022 20:25:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519676153 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2022 20:25:40 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519676154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2022 20:22:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676155 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2022 20:22:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676156 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2022 20:22:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676157 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2022 20:22:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676158 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2022 20:22:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676160 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2022 20:25:46 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519676152 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2022 20:25:34 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519676159 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2022 20:22:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519676161 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2022 20:22:00 | Midland Credit Management, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 519728225 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2022 20:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2022 | Form ID: 186 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| 519676163 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2022 20:22:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519676164 | + Email/PDF: pa_dc_claims@navient.com | Oct 28 2022 20:25:28 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519676165 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 20:25:45 | Portfolio Recovery Associates, 120 Corporate Blvd East, Norfolk, VA 23502 |
| 519676166 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 20:25:45 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519732520 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 20:25:29 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519732560 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 20:25:29 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519734160 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 20:25:38 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519736958 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 20:25:30 | Portfolio Recovery Associates, LLC, c/o Pandora, POB 41067, Norfolk VA 23541 |
| 519732521 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 20:25:38 | Portfolio Recovery Associates, LLC, c/o TOYSRUS, POB 41067, Norfolk, VA 23541 |
| 519733689 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2022 20:25:29 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 519676162 | Email/Text: signed.order@pfwattorneys.com | Oct 28 2022 20:22:00 | Midland Credit Management, Inc., Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519684665 | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2022 20:22:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519698692 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 28 2022 20:23:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519676355 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2022 20:25:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519676167 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2022 20:25:35 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676168 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2022 20:25:43 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676169 | + Email/PDF: tbiedi@PRAGroup.com | Oct 28 2022 20:25:36 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 519676170 | Email/Text: bankruptcies@uplift.com | Oct 28 2022 20:22:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519676171 | + Email/Text: vci.bkcy@vwcredit.com | Oct 28 2022 20:22:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 519676173 | + Email/Text: Bankruptcy@wsfsbank.com | Oct 28 2022 20:23:00 | WSFS Bank, Attn: Bankruptcy, 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 28, 2022 | Form ID: 186 | Total Noticed: 38 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2022         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Doneida L Medina njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4