UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Doneida Medina,

Debtor.

Case No.:    22-16218-MBK

Chapter:    13

Hearing Date:    11/09/2022

Judge:    Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 19)

_____

Date: 11/5/2022                                                    /s/ Denise Carlon
                                                                                   Signature

*rev.8/1/15*