Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

         Case No.: 22−16218−MBK
         Chapter: 13
         Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Doneida L Medina
   127 Anderson Street
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−5362

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 21, 2022.

Dated: December 21, 2022
JAN: dmi

                                                                                                                         Jeanne Naughton
                                                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16218-MBK |
| Doneida L Medina | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 21, 2022 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doneida L Medina, 127 Anderson Street, Trenton, NJ 08611-1003 |
| 519747615 | + | Aidvantage-Department of Education Loan Servicing, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 519676172 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519753194 | + | Email/PDF: pa_dc_ed@navient.com | Dec 21 2022 20:57:48 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, WilkesBarre, Pa 18773-9635 |
| 519705810 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 20:57:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519676151 | + | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 20:57:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519676153 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2022 20:57:39 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519676154 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 20:48:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676155 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 20:48:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676156 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 20:48:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676157 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 20:48:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676158 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 20:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676160 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2022 20:57:51 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519676152 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2022 20:57:19 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519676159 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2022 20:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519676161 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 20:48:00 | Midland Credit Management, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |

Case 22-16218-MBK   Doc 36   Filed 12/23/22   Entered 12/24/22 00:15:03   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: plncf13 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 519728225 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 20:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519676163 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 20:48:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519676164 | + | Email/PDF: pa_dc_claims@navient.com | Dec 21 2022 20:57:36 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519676165 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 20:57:49 | Portfolio Recovery Associates, 120 Corporate Blvd East, Norfolk, VA 23502 |
| 519676166 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 20:57:50 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519732520 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 20:57:23 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519732560 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 20:57:49 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519734160 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 20:57:50 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519736958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 20:57:37 | Portfolio Recovery Associates, LLC, c/o Pandora, POB 41067, Norfolk VA 23541 |
| 519732521 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 20:57:49 | Portfolio Recovery Associates, LLC, c/o TOYSRUS, POB 41067, Norfolk, VA 23541 |
| 519733689 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 20:57:37 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 519676162 | | Email/Text: signed.order@pfwattorneys.com | Dec 21 2022 20:47:00 | Midland Credit Management, Inc., Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519684665 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2022 20:48:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519698692 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 21 2022 20:48:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519676355 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 20:57:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519676167 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 20:57:47 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676168 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 20:57:21 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676169 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 21 2022 20:57:23 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 519676170 | | Email/Text: bankruptcies@uplift.com | Dec 21 2022 20:47:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519676171 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 21 2022 20:48:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillsboro, OR 97123-0003 |
| 519676173 | + | Email/Text: Bankruptcy@wsfsbank.com | Dec 21 2022 20:48:00 | WSFS Bank, Attn: Bankruptcy, 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: plncf13 | Total Noticed: 39 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
                    docs@russotrustee.com

Candyce Ilene Smith-Sklar
                    on behalf of Debtor Doneida L Medina njpalaw@gmail.com r56958@notify.bestcase.com

Denise E. Carlon
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4