Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtors, Doneida Medina

**Order Filed on February 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## IN THE UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 22-16218-MBK |
| | } | Chapter 13 |
| Doneida Medina | } | |
| | } | Hearing Date: 2/8/2023; 9:00am |
| | } | Oral Argument Waived Unless |
| **Debtor(s)** | } | Objections Are Filed |
| | } | |

**ORDER TO EXPUNGE CLAIM NO. 12-1 OF AIDVANTAGE ON BEHALF OF DEPT. OF ED. LOAN SERVICES .**

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: February 8, 2023**

*[Signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The attorney for the Debtors having filed a Motion to modify/expunge claim No. 12-1 in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that **claim No. 12-1** of Aidvantage should be **expunged** since it represents a duplicate claim on the claims register; and

It is ORDERED that **claim No. 13-1** of Aidvantage should be paid through the plan as it is a non-dischargeable student loan debt; and

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.

_____