| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-16218 / MBK**

Doneida L Medina

Petition Filed Date: 08/05/2022
341 Hearing Date: 09/01/2022
Confirmation Date: 12/14/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/29/2022 | $225.96 | | 10/28/2022 | $225.96 | | 11/30/2022 | $225.96 | |
| 12/29/2022 | $225.96 | | 02/01/2023 | $403.65 | | 02/28/2023 | $403.65 | |

**Total Receipts for the Period: $1,711.14    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,711.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Doneida L Medina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $1,210.64 | $1,289.36 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY BANK | Unsecured Creditors | $834.85 | $0.00 | $834.85 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY BANK | Unsecured Creditors | $4,543.29 | $0.00 | $4,543.29 |
| 3 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/127 ANDERSON ST/1ST MTG/ORDER 11/15/: | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $1,387.14 | $0.00 | $1,387.14 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/AEO,INC/JUDGMENT/DC-000418-22/AVOID LIEN | Unsecured Creditors | $6,471.98 | $0.00 | $6,471.98 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK,NA | Unsecured Creditors | $417.67 | $0.00 | $417.67 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/TOYSRUS | Unsecured Creditors | $1,715.19 | $0.00 | $1,715.19 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $5,717.78 | $0.00 | $5,717.78 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $5,746.38 | $0.00 | $5,746.38 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  OLD NAVY | Unsecured Creditors | $645.00 | $0.00 | $645.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PANDORA | Unsecured Creditors | $2,105.42 | $0.00 | $2,105.42 |
| 12 | AIDVANTAGE ON BEHALF OF<br>»»  FILED BY DEBTOR'S ATTY | Priority Crediors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-16218 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | AIDVANTAGE ON BEHALF OF | Unsecured Creditors | $18,460.14 | $0.00 | $18,460.14 |
| 14 | Portfolio Recovery Associates<br>»» AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,711.14 | Plan Balance: | $24,166.74 ** |
| Paid to Claims: | $1,210.64 | Current Monthly Payment: | $450.00 |
| Paid to Trustee: | $125.91 | Arrearages: | $316.74 |
| Funds on Hand: | $374.59 | Total Plan Base: | $25,877.88 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**