| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-16218 / MBK**

Doneida L Medina

Petition Filed Date: 08/05/2022
341 Hearing Date: 09/01/2022
Confirmation Date: 12/14/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $403.65 | | 02/28/2023 | $403.65 | | 03/28/2023 | $450.00 | |
| 04/28/2023 | $450.00 | | 05/30/2023 | $450.00 | | 08/01/2023 | $450.00 | |
| 08/30/2023 | $450.00 | | 09/28/2023 | $450.00 | | 11/06/2023 | $450.00 | |
| 12/07/2023 | $250.00 | | 01/09/2024 | $250.00 | | | | |

**Total Receipts for the Period: $4,457.30    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,361.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Doneida L Medina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $834.85 | $20.39 | $814.46 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $4,543.29 | $189.45 | $4,353.84 |
| 3 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/127 ANDERSON ST/1ST MTG/ORDER 11/15/2 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $1,387.14 | $45.93 | $1,341.21 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/AEO,INC/JUDGMENT/DC-000418-22/AVOID LIEN | Unsecured Creditors | $6,471.98 | $269.88 | $6,202.10 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK,NA | Unsecured Creditors | $417.67 | $17.41 | $400.26 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/TOYSRUS | Unsecured Creditors | $1,715.19 | $56.80 | $1,658.39 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» JC PENNEY | Unsecured Creditors | $5,717.78 | $238.43 | $5,479.35 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $5,746.38 | $239.63 | $5,506.75 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» OLD NAVY | Unsecured Creditors | $645.00 | $15.75 | $629.25 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PANDORA | Unsecured Creditors | $2,105.42 | $87.80 | $2,017.62 |

**Chapter 13 Case No. 22-16218 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | AIDVANTAGE ON BEHALF OF<br>»»  FILED BY DEBTOR'S ATTY | Priority Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 13 | AIDVANTAGE ON BEHALF OF | Unsecured Creditors | $18,460.14 | $769.80 | $17,690.34 |
| 14 | Portfolio Recovery Associates<br>»»  AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,361.14 | Plan Balance: | $20,516.74 ** |
| Paid to Claims: | $4,451.27 | Current Monthly Payment: | $450.00 |
| Paid to Trustee: | $399.16 | Arrearages: | $1,166.74 |
| Funds on Hand: | $510.71 | Total Plan Base: | $25,877.88 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.