| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-16218 / MBK**

Doneida L Medina

Petition Filed Date: 08/05/2022
341 Hearing Date: 09/01/2022
Confirmation Date: 12/14/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $250.00 | | 02/05/2024 | $450.00 | | 02/29/2024 | $450.00 | |
| 03/28/2024 | $450.00 | | 05/03/2024 | $450.00 | | 06/04/2024 | $450.00 | |
| 07/03/2024 | $450.00 | | 07/29/2024 | $450.00 | | 08/27/2024 | $450.00 | |
| 10/04/2024 | $450.00 | | 11/01/2024 | $450.00 | | 12/03/2024 | $450.00 | |

**Total Receipts for the Period: $5,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,761.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Doneida L Medina | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq. »» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» SYNCHRONY BANK | Unsecured Creditors | $834.85 | $101.63 | $733.22 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» SYNCHRONY BANK | Unsecured Creditors | $4,543.29 | $630.93 | $3,912.36 |
| 3 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/127 ANDERSON ST/1ST MTG/ORDER 11/15/: | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $1,387.14 | $192.64 | $1,194.50 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC »» SYNCHRONY BANK/AEO,INC/JUDGMENT/DC-000418-22/AVOID LIEN | Unsecured Creditors | $6,471.98 | $898.79 | $5,573.19 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» CAPITAL ONE BANK,NA | Unsecured Creditors | $417.67 | $58.01 | $359.66 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY/TOYSRUS | Unsecured Creditors | $1,715.19 | $238.20 | $1,476.99 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» JC PENNEY | Unsecured Creditors | $5,717.78 | $794.05 | $4,923.73 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» WALMART | Unsecured Creditors | $5,746.38 | $798.02 | $4,948.36 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» OLD NAVY | Unsecured Creditors | $645.00 | $89.57 | $555.43 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» PANDORA | Unsecured Creditors | $2,105.42 | $292.39 | $1,813.03 |

**Chapter 13 Case No. 22-16218 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | AIDVANTAGE ON BEHALF OF<br>»» FILED BY DEBTOR'S ATTY | Priority Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 13 | AIDVANTAGE ON BEHALF OF | Unsecured Creditors | $18,460.14 | $2,563.65 | $15,896.49 |
| 14 | Portfolio Recovery Associates<br>»» AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,761.14 | Plan Balance: | $15,116.74 ** |
| Paid to Claims: | $9,157.88 | Current Monthly Payment: | $450.00 |
| Paid to Trustee: | $765.46 | Arrearages: | $1,166.74 |
| Funds on Hand: | $837.80 | Total Plan Base: | $25,877.88 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.