| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

Candyce I. Smith-Sklar, Esq.
Law Offices of Sklar Smith-Sklar, LLC
1901 N. Olden Ave., Suite 22
Ewing, NJ 08618-2111
Attorney for Debtor(s)

Order Filed on January 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Doneida L Medina

Debtor(s)

Case No. 22-16218 / MBK

Judge: Honorable Michael B. Kaplan

Chapter 13

## ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: January 27, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court on an application by the attorney for the debtor(s) seeking entry of an order to re-capitalize the debtor(s) plan payments to the trustee, and this Order having been submitted pursuant to D.N.J. LBR 9072-1(d) (7 Day Rule), and no objection being received thereon, and the Court having considered the application, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $16,161.14 paid to date (41 month[s])
    - $512.00 for 19 month[s] beginning 2/1/26

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Doneida L Medina  
    Debtor

Case No. 22-16218-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 1  
Date Rcvd: Jan 27, 2026  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Doneida L Medina, 127 Anderson Street, Trenton, NJ 08611-1003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Doneida L Medina njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4